**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 8409
jsc@cogburnlaw.com
PAUL R.M. CULLEN, ESQ.
Nevada State Bar No. 12355
pcullen@cogburnlaw.com
2879 St. Rose Pkwy, Suite 200
Henderson, Nevada 89052
Tel: (702) 384-3616
Fax: (702) 943-1936
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID A. CASTELLAN, an individual; CECELIA CASTELLAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association; SETERUS, INC., a foreign corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a "Fannie Mae", a government sponsored entity, and DOES I through X, inclusive; ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No: 2:13-cv-02027-RCJ-NJK<br><br>**STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION** |

WHEREAS, Plaintiffs DAVID A. CASTELLAN and CECELIA CASTELLAN and Defendant SETERUS, by and through their respective counsel of record, hereby stipulate and respectfully request an order to enjoin and to stay the trustee's sale of the real property located as 1801 Candle Bright Drive, Henderson, NV 89074 (APN No. 178-09-410-001) currently scheduled for December 23, 2013 as follows:

1) Seterus will agree to postpone and stay the foreclosure sale of the subject property until agreement between the parties or further order of this Court.

2) As a bond for this injunction, Plaintiff will pay the monthly mortgage payments of $1,304.50 payable to Brooks Bauer LLP, Client Trust Account and delivered to 1645

Village Center Circle, Suite 200, Las Vegas, Nevada 89128.

3) The first payment will be due on December 1, 2013.

4) Plaintiffs will continue making monthly payments during the pendency of the case or until further order of the court. If plaintiff fails to tender a payment within the first 5 days of the month, the Defendants may provide 10-day written notice of the failure to tender the agreed payment. If the payment default remains uncured, then the defendant may lodge a declaration with the Court advising it of the payment default along with an order terminating this injunction which shall be granted on an ex parte basis.

5) If Plaintiff is successful in retaining the property in this litigation, then all monthly payments will be applied to the mortgage. Alternatively, if the case is dismissed or judgment is granted for Defendant, then the money paid by Plaintiff will be forfeited as rent.

**IT IS SO STIPULATED.**

Dated: November 21, 2013.                     Dated: November 21, 2013.

Respectfully submitted,                              Respectfully submitted,

　/s/ Jamie S. Cogburn　                          　/s/ Michael R. Brooks　
JAMIE S. COGBURN, ESQ.                      MICHAEL R. BROOKS, ESQ.
COGBURN LAW OFFICES                        BROOKS BAUER, LLP

Attorney for Plaintiffs                                  Attorney for Defendants
DAVID A. CASTELLAN and                       SETERUS, INC.
CECELIA CASTELLAN

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

Page 2 of 2
12/04/2013