UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. CASTELLAN, et al., ) | |
|         Plaintiff(s), ) | Case No. 2:13-cv-02027-RCJ-NJK |
| vs. ) | ORDER DISCHARGING ORDER TO SHOW CAUSE (Docket No. 24) |
| BANK OF AMERICA, N.A., et al., ) | |
|         Defendant(s). ) | ORDER VACATING HEARING |

      Pending before the Court is an order for Jamie Cogburn and Paul Cullen to show cause why they should not be sanctioned. Docket No. 24. The Court has received their written response. Docket No. 28. In light of the multiple occasions in which Mr. Cogburn and Mr. Cullen have certified to the Court that they understand the Local Rules applicable to discovery plans, the Court finds their failure to follow those same Local Rules in this case troubling. Nonetheless, the Court will only provide a warning that Mr. Cogburn and Mr. Cullen must strictly comply with the Local Rules in the future. <u>Mr. Cogburn and Mr. Cullen should expect that similar future violations will result in sanctions.</u> The Order to Show Cause is hereby **DISCHARGED**.

      The Court further **VACATES** the hearing set for April 23, 2014 at 4:00 p.m. in Courtroom 3B. The parties shall file an amended proposed discovery plan within 14 days of the filing of the amended complaint.

      IT IS SO ORDERED.

      DATED: April 21, 2014

                                                      _____
                                                      NANCY J. KOPPE
                                                      United States Magistrate Judge