Michael R. Brooks, Esq.
Nevada Bar No. 7287
mbrooks@brookshubley.com
Gregg A. Hubley, Esq.
Nevada Bar No. 7386
ghubley@brookshubley.com
BROOKS HUBLEY LLP
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 851-1191
Fax: (702) 851-1198
*Attorney for the Defendant Seterus, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID A. CASTELLAN, an individual; CECELIA CASTELLAN, an individual;, <br><br>Plaintiffs, <br><br>vs. <br><br>BANK OF AMERICA, N.A., a national association; SETERUS, INC., a foreign corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a "Fannie Mae", a government sponsored entity, and DOES I through X, inclusive; ROE CORPORATIONS, I through X, inclusive, <br><br>Defendants. | Case No.: 2:13-CV-02027-RCJ-NJK <br><br>**STIPULATION AND ORDER TO DISMISS CASE IN ITS ENTIRETY** |

Plaintiffs DAVID A. CASTELLAN and CECELIA CASTELLAN ("Plaintiffs"), and Defendants, SETERUS, INC. ("Seterus"), and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), by and through their respective counsel of record, hereby

1163-0049

1  stipulate to dismiss all claims against all parties in the instant matter with prejudice, and that

2  all parties shall be responsible for its own respective fees and costs.

3  Dated this 16th day of June, 2015     Dated this 16th of June, 2015

4  **COGBURN LAW OFFICES**     **BROOKS HUBLEY, LLP.**

6  */s/ Jamie S. Cogburn, Esq.*     */s/ Michael R. Brooks, Esq.*
JAMIE S. COGBURN, ESQ.     MICHAEL R. BROOKS, ESQ.
7  Nevada State Bar No. 8409     Nevada State Bar No. 7287
JASON C. BARRON, ESQ.     1645 Village Center Circle #200
8  Nevada State Bar No. 7270     Las Vegas, Nevada 89134
2879 St. Rose Pkwy, Ste. 200     *Attorneys for Federal National*
9  Henderson, Nevada 89052     *Mortgage Corporation*
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

_____
United States District Court Judge

DATED: June 23, 2015

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action.  My business address is that of Brooks Hubley, LLP, 1645 Village Center Circle, Suite 200, Las Vegas, Nevada 89134.

I HEREBY CERTIFY that on this day, I electronically filed the **STIPULATION AND ORDER TO DISMISS CASE IN ITS ENTIRETY** with the Clerk of Court using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to all parties and counsel identified on the Court generated Electronic Filing to all parties and counsel as identified on the Court general Notice of Electronic Filing via CM/ECF.

I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 18th day of June, 2015 at Las Vegas, Nevada.

                                   */s/ Dana K. Taylor*_____
                                   An Employee of BROOKS HUBLEY, LLP

1163-0049